**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Tony Lynn Colin HEAD, Defendant–**
**Appellant.**

**No. 10–10063**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 21, 2011.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

William Reynolds Biggs, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

Tony Lynn Colin Head appeals the 18–month sentence imposed upon revocation of his supervised release. "This Court must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby,* 813 F.2d 659, 660 (5th Cir.1987). Head has served the sentence of imprisonment imposed upon revocation, and the district court imposed no further term of supervised release. Therefore, Head has no "concrete and continuing injury," and there is no case or controversy over which this court may exercise jurisdiction under Article III, § 2, of the Constitution. *See Spencer v. Kemna,* 523 U.S. 1, 7, 14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998).

The appeal is DISMISSED as MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.